```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


BRIAN PURICELLI                 :    CIVIL ACTION
                                :
                                :
        v.                      :
                                :
RAYMOND CARNATION, et al.       :    NO. 12-764
```

ORDER

AND NOW, this 16th day of February, 2012, IT IS HEREBY ORDERED that the Clerk of Court shall docket the attached correspondence.

```
                        BY THE COURT:


                        /s/ Mary A. McLaughlin
                        MARY A. McLAUGHLIN, J.
```