IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN PURICELLI, ESQUIRE,** | **Civil Action No. 12-764** |
| Plaintiff, | |
| v. | |
| **RAYMOND CARNATION, ET AL.,** | |
| Defendants. | |

### ORDER

AND NOW, this _____ day of February, 2012, upon consideration of Defendants Eleanor Ewing and City of Philadelphia's Motion for Enlargement of Time to Respond to Plaintiff's Complaint, it is hereby ORDERED that said motion is GRANTED.

It is further ORDERED and DECREED that Defendants shall file a motion or answer to Plaintiff's Amended Complaint on or before March 29, 2012.

_____

J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN PURICELLI, ESQUIRE,**<br><br>**Plaintiff,**<br><br>v.<br><br>**RAYMOND CARNATION, ET AL.,**<br><br>**Defendants.** | **Civil Action No. 12-764** |

### DEFENDANTS ELEANOR EWING AND CITY OF PHILADELPHIA'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

1. Plaintiff filed this civil action on December 29, 2011 in the Philadelphia Court of Common Pleas, alleging violations of his Civil Rights.

2. Defendants Michael McKenna and Beth McKenna were served with Plaintiff's Complaint on January 23, 2012 by certified mail.

3. Defendants Eleanor Ewing and City of Philadelphia were served with Plaintiff's Complaint on February 7, 2012.

4. Defendants Michael McKenna and Beth McKenna removed this matter from the Philadelphia Court of Common Pleas on February 13, 2012.  (Doc. # 1.)

5. Defendants Eleanor Ewing and City of Philadelphia filed their consent to the removal of this action on February 14, 2012.  (Doc. # 3.)

6. No other Defendants were served with Plaintiff's Complaint prior to the removal of this action on February 13, 2012.

7. On February 16, 2012, this Court ordered all parties to appear at a status conference on March 1, 2012. (Doc. # 6.)

8. Defendants Eleanor Ewing and City of Philadelphia's answer or motion to Plaintiff's Complaint is due on or before February 28, 2012.

9. This civil action is directly related to Civil Action Nos. 98-5835 and 99-1163. (See Doc. #6.)

10. The status conference, scheduled for March 1, 2012, may resolve the issues and claims set forth in Civil Action No. 12-764.

11. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure, the Defendants request an additional 30 days from February 28, 2012 to respond to Plaintiff's Complaint, should it be necessary.

WHEREFORE, Defendants Eleanor Ewing and City of Philadelphia respectfully request this Court to grant the instant motion.

Dated: February 14, 2012                                  ARCHER & GREINER


                                                          By: /s/ Jeffrey M. Scott
                                                              Jeffrey M. Scott
                                                              jscott@archerlaw.com

                                                          ONE LIBERTY PLACE
                                                          THIRTY-SECOND FLOOR
                                                          1650 Market Street
                                                          Philadelphia, Pennsylvania  19103-7393
                                                          Telephone:    (215) 963-3300
                                                          Facsimile:    (215) 963-9999

                                                          Attorneys for Eleanor Ewing, Esquire and City of Philadelphia

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN PURICELLI, ESQUIRE,** | **Civil Action No. 12-764** |
| **Plaintiff,** | |
| v. | |
| **RAYMOND CARNATION, ET AL.,** | |
| **Defendants.** | |

### DEFENDANTS ELEANOR EWING AND CITY OF PHILADELPHIA'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

**ARGUMENT**

Rule 6(b) of the Federal Rules of Civil Procedure permits the court for good cause to extend the time "with or without a motion or notice if the court acts, or if a request is made, before the original time or its extension expires; . . ." F.R.Civ.P. 6(b).   No other extension has been granted in this case, and based on the procedural posture of this case; the additional time will not delay the case or prejudice the Plaintiff.

**CONCLUSION**

Defendants Eleanor Ewing and City of Philadelphia respectfully request an additional 30 days, or until March 29, 2012, to respond to Plaintiff's Complaint.

2

Dated: February 14, 2012                      ARCHER & GREINER

                                                  By: /s/ Jeffrey M. Scott
                                                       Jeffrey M. Scott
                                                       jscott@archerlaw.com

                                             ONE LIBERTY PLACE
                                             THIRTY-SECOND FLOOR
                                             1650 Market Street
                                             Philadelphia, Pennsylvania  19103-7393
                                             Telephone:     (215) 963-3300
                                             Facsimile:     (215) 963-9999

                                             Attorneys for Eleanor Ewing, Esquire and City of Philadelphia

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of Defendants Eleanor Ewing and City of Philadelphia's Motion for Enlargement of Time to File a Response to Plaintiff's Amended Complaint was electronically filed on February 22, 2012 and is available for viewing on the Court's ECF Website.

**Brian M. Puricelli**
Law Offices of Brian Puricelli
691 Washington Crossing Rd
Newtown, Pa 18940
215-504-8115
Fax: 215-504-8116
Email: Puricellib@Gmail.Com

**Michael Mckenna**
7244 Remington Oaks Drive
Lakeland, Fl 33810
via email


**BETH MCKENNA**
7244 REMINGTON OAKS DRIVE
LAKELAND, FL 33810
via email


Dated: February 22, 2012

ARCHER & GREINER


By: /s/ Jeffrey M. Scott
    Jeffrey M. Scott
    jscott@archerlaw.com

ONE LIBERTY PLACE
THIRTY-SECOND FLOOR
1650 Market Street
Philadelphia, Pennsylvania  19103-7393
Telephone:    (215) 963-3300
Facsimile:    (215) 963-9999

Attorneys for Eleanor Ewing, Esquire and City of Philadelphia

3